IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAVID GIBONEY, | § | |
|     Plaintiff, | § | |
| | § | |
| | § | CIVIL ACTION NO. 3:15-CV-03073-M |
| vs. | § | |
| | § | |
| ALLSTATE VEHICLE AND | § | |
| PROPERTY INSURANCE COMPANY, | § | |
| | § | |
|     Defendant. | § | JURY DEMANDED |

### ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO PROCEED WITHOUT LOCAL COUNSEL

On this day, came to be considered Plaintiff's Motion for Leave to Proceed without Local counsel. The Court is of the opinion that said motion should be GRANTED.

It is hereby ORDERED that Plaintiff, David Giboney, is hereby granted leave to proceed in the prosecution of this matter without local counsel.

SO ORDERED this _____ day of _____, 2015.

_____
PRESIDING JUDGE