UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAVID GIBONEY, | § § | |
| Plaintiff, | § § | |
| ALLSTATE VEHICLE AND PROPERTY INSURANCE CO., | § § § | No. 3:15-CV-03073-M |
| Defendant. | § § | |

# ORDER

Before the Court is the Plaintiff's Motion for Leave to Proceed Without Local Counsel [Docket Entry #12]. The Motion is **GRANTED**. Plaintiff may proceed in this case without local counsel.

**SO ORDERED**.

November 2, 2015.

*[signature: Barbara M. G. Lynn]*
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS