UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAVID GIBONEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 3:15-CV-3073-M |
| | § | |
| ALLSTATE VEHICLE AND | § | **(JURY)** |
| PROPERTY INSURANCE COMPANY | § | |
| | § | |
| Defendant. | § | |

## JOINT SETTLEMENT STATUS REPORT

Pursuant to this Court's Order to conduct a Settlement Conference, Plaintiff and Defendants file this Joint Settlement Status Report and advise the Court as follows:

Plaintiff's counsel and defense counsel have had a discussion to discuss a potential settlement of the claims brought by Plaintiff against Defendant. At this time the parties have not arrived at a position in which there is a reasonable probability of settlement. Furthermore, the parties have agreed to mediate this case prior to the agreed deadline of August 5, 2016 before the agreed mediator, Mary Burdin.

In compliance with this Court's Order, the parties will advise the Court in writing as to the outcome of the mediation.

Agreed to between the parties and filed on **June 30, 2016.**

Respectfully submitted,
**STACY & CONDER, LLP**

By: **/s/ David G. Allen**
David G. Allen
State Bar No.: 00786972
allen@stacyconder.com

901 Main Street, Suite 6200
Dallas, Texas 75202
(214) 748-5000
(214) 748-1421 Fax
**ATTORNEYS FOR DEFENDANT
ALLSTATE VEHICLE AND PROPERTY
INSURANCE COMPANY**


Respectfully submitted,
**THE VOSS LAW FIRM, P.C.**


By: **/s/ Brittenè V. Wilson**
Brittenè V. Wilson
State Bar No.: 24073326
brittene@vosslawfirm.com

26619 Interstate 45 South
The Woodlands, Texas 77380
Phone:  (713) 861-0015
Fax:    (713) 861-0021
**ATTORNEY FOR PLAINTIFF DAVID
GIBONEY**