**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **DAVID GIBONEY,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 3:15-CV-3073-M** |
| | § | |
| **ALLSTATE VEHICLE AND PROPERTY** | § | |
| **INSURANCE COMPANY,** | § | |
| *Defendant.* | § | |

---

### RULE 41(a) JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, through undersigned counsel, Plaintiff David Giboney and Defendant Allstate Vehicle and Property Insurance Company, who hereby stipulate and agree that this matter has been resolved, and that the above-referenced cause may be dismissed with prejudice, with each party hereto to bear its own costs and expenses. Accordingly, both parties pray that this Honorable Court issue an Order reflecting the same.

**AGREED AND APPROVED AS TO FORM AND SUBSTANCE:**


*/s/  Taylor Elliott*
J. Taylor Elliott
Texas Bar No. 24097652
Scott G. Hunziker
Texas Bar No. 24032446
The Voss Law Center
26619 Interstate 45 South
The Woodlands, Texas 77380
Telephone: (713) 861-0015
Facsimile:  (713) 861-0021
taylor@vosslawfirm.com
*Counsel for Plaintiff*




*/s/ David G. Allen*
David G. Allen
Texas Bar No. 00786972
Stacy & Conder, LLP
901 Main Street, Suite 6200
Dallas, Texas 75202
Telephone: (214) 748-5000
Facsimile: (214) 748-1421
allen@stacyconder.com
*Counsel for Defendant*

## CERTIFICATE OF CONFERENCE

Counsel has contacted defense counsel for Allstate Vehicle and Property Insurance Company on November 28, 2016, regarding this Rule 41(a) Joint Stipulation of Dismissal With Prejudice, and said counsel is unopposed to the same.

*/s/  Taylor Elliott*
J. Taylor Elliott

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2016, a true and correct copy of the foregoing was served on all counsel of record, via the Court's electronic filing system, pursuant to Federal Rules of Civil Procedure 5(b), as follows:

*/s/ David G. Allen*
David G. Allen
Texas Bar No. 00786972
Stacy & Conder, LLP
901 Main Street, Suite 6200
Dallas, Texas 75202
Telephone: (214) 748-5000
Facsimile: (214) 748-1421
allen@stacyconder.com

*/s/  Taylor Elliott*
J. Taylor Elliott